LAW OFFICES OF FRANK D. PENNEY
A Professional Corporation
FRANK D. PENNEY, SB# 176170
JAMES R. LEWIS, SB# 232248
1544 Eureka Road, Ste. 120
Roseville, CA 95661
Tele:(916)788-1960
Fax: (916)788-1970

Attorney for Plaintiff
AILEEN PADILLA by and
through her Guardian Ad Litem,
ADRIANA HUERTA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| AILEEN PADILLA by and through her Guardian Ad Litem, ADRIANA HUERTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; MEREDITH FERRER, an individual, and Does 1 to 20, et al.,<br><br>　　　　Defendants. | Civ.S-08-480 LEW GGH<br><br>**AMENDED PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. ADRIANA HUERTA is the natural mother of AILEEN PADILLA, a minor, born on May 6, 2001.

2. ADRIANA HUERTA's daughter, AILEEN PADILLA, has legal standing to maintain an action for negligence and negligence per se based upon the personal injuries she sustained in a motor vehicle accident, the subject of the above entitled action.

3. An action currently exists in this court against UNITED STATES POSTAL SERVICE (hereinafter "the USPS") the UNITED STATES OF AMERICA ("USA"), MEREDITH FERRER (hereinafter "FERRER") and DOES 1 through

1
AMENDED PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

1  10 under 28 USC §1346(b)(1) including negligence and negligence per se under the Federal Tort Claims Act, and under the laws of the State of California for personal injuries AILEEN PADILLA sustained when Defendant FERRER, a letter carrier employed by the USPS, federal agency of the USA, and while in the normal course and scope of her employment, caused her vehicle to collide with the person of AILEEN PADILLA and her scooter.

4. No general guardian and no previous petition for appointment of a guardian ad litem have been filed in this matter.

5. ADRIANA HUERTA's address is 443 Arkansas Street, Vallejo, California 94590, phone number (707) 342-1033.

6. ADRIANA HUERTA is fully competent to act as a guardian ad litem for my daughter, AILEEN PADILLA.

7. ADRIANA HUERTA is fully qualified to understand and protect the rights of my daughter, AILEEN PADILLA, and she has no interests adverse to the interests of AILEEN PADILLA.

8. ADRIANA HUERTA is willing to act as guardian ad litem for her daughter, AILEEN PADILLA, as appears by my consent attached hereto.

WHEREFORE, petitioner ADRIANA HUERTA moves this court for an order appointing ADRIANA HUERTA as guardian ad litem of AILEEN PADILLA, for the purpose of bringing an action against the UNITED STATES POSTAL SERVICE; MEREDITH FERRER, and DOES 1 through 10 on the claim herein above stated.

Dated: March 3, 2008        LAW OFFICES OF FRANK D. PENNEY


BY:_____
JAMES R. LEWIS
Attorney for Plaintiff AILEEN PADILLA by and through her Guardian Ad Litem, ADRIANA HUERTA

## CONSENT OF NOMINEE

I, ADRIANA HUERTA, consent to act as guardian ad litem for my natural daughter, AILEEN PADILLA, a minor, in the above action.

DATED: _____          _____/s/_____
                                                  ADRIANA HUERTA

## **ORDER**

The petition for an order appointing ADRIANA HUERTA as guardian ad litem for the minor, AILEEN PADILLA, is GRANTED.

DATED:  03/04/2008
                                                  /s/ Ronald S. W. Lew
                                                  United States District Judge