McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2741
(916) 554-2900 fax

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN PADILLA by and through her Guardian Ad Litem, ADRIANA HUERTA,<br>　　　　　Plaintiff,<br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Defendant.<br>――――――――――――――――――<br>UNITED STATES OF AMERICA,<br>　　　　　Third Party Plaintiff;<br>　　　v.<br><br>ADRIANA HUERTA,<br>　　　　　Third Party Defendant | No. 2:08-cv-00480-JAM-GGH<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT; PROPOSED ORDER THEREON** |

It is HEREBY stipulated between the parties, by and through their counsel of record,

that, the court extend the time to file the Joint Status Report so that it is due within thirty days

of the appearance of third party defendant Adriana Huerta.  Good cause exists for this

extension so that all parties are provided an opportunity to participate in the Joint Status

Report and coordination of the scheduling order.

1

The United States of America recently appeared and filed a Third-Party Complaint in this action and is in the process of completing service of process upon Third-Party Defendant ADRIANA HUERTA.  Plaintiff's counsel confirmed that it will not accept service for Ms. Huerta.  The parties request that the joint statement not be filed until all parties have appeared in this action and can participate in the preparation of the Joint Status Report.

The foregoing demonstrates that good cause exists to modify the March 3rd, 2008 Order requiring Joint Status Report so that the Joint Status Report shall now be due within thirty (30) days after the appearance of the Third-Party Defendant ADRIANA HUERTA.

**IT IS SO STIPULATED.**

DATED: June 9, 2008

By:   /s/ James R. Lewis
JAMES R. LEWIS
Attorney for Plaintiff

DATED: June 9, 2008

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Kelli L. Taylor
KELLI L. TAYLOR
Assistant United States Attorney

Attorneys for Defendants and Third-Party Plaintiff

# **ORDER**

For good cause shown, the Order Requiring Joint Status Report shall be modified such that the parties' Joint Status Report shall be due within thirty (30) days of the appearance of Third-Party Defendant ADRIANA HUERTA in this action

DATE:   June 9, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE