McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2741
(916) 554-2900 fax

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN PADILLA by and through her Guardian Ad Litem, ADRIANA HUERTA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br><hr>UNITED STATES OF AMERICA,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>ADRIANA HUERTA,<br><br>Third Party Defendant. | No. 2:08-cv-00480-JAM-GGH<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S COMPLAINT AND DEFENDANT'S THIRD-PARTY COMPLAINT** |

    Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1) the parties, by and through their counsel herein, stipulate and respectfully request the Court dismiss without prejudice Plaintiff's First Amended Complaint against the United States of America, and the United States of America's Third

Party Complaint against Adriana Huerta. This dismissal is without prejudice. Each party agrees to waive costs associated with the referenced lawsuits and each will bear their own costs, fees, and expenses. All outstanding or future bills and liens will be the sole responsibility of plaintiff. Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the person[s] on whose behalf he or she is signing to the terms of the Stipulation.

IT IS SO STIPULATED:

DATED: October 16, 2008                         LAW OFFICES OF FRANK D. PENNEY


By:   /s/ James Lewis
JAMES LEWIS
Attorney for PLAINTIFF AILEEN PADILLA by and through her Guardian ad Litem ADRIANA HEURTA and for THIRD PARTY DEFENDANT ADRIANA HUERTA

DATED: October 16, 2008                         McGREGOR W. SCOTT
United States Attorney


By:   /s/ Kelli L. Taylor
KELLI L. TAYLOR
Assistant United States Attorney
Attorney for the United States of America

# **O R D E R**

Good Cause Appearing

Pursuant to the parties STIPULATION, Plaintiff's First Amended Complaint and Defendant's Third Party Complaint are hereby DISMISSED without prejudice. IT IS SO ORDERED.

DATED: October 16, 2008


By:   /s/ John A. Mendez
HON. JOHN MENDEZ
UNITED STATES DISTRICT JUDGE